UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAUREN GREENE, )
)
      Plaintiff, )
)
v. ) Civil Action No. 19-1925 (UNA)
)
STATE OF NEW JERSEY, )
)
      Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint recounts the plaintiff's arrests and involuntary commitments to psychiatric hospitals in New Jersey. Among other relief, the plaintiff demands changes to the state Mental

Health Court process, a housing voucher, and corrections to the Patients' Bill of Rights. Compl. at 5. The complaint fails to include a statement of this Court's jurisdiction and a statement of a claim showing the plaintiff's entitlement to relief. As drafted, the complaint fails to comply with Rule 8(a), and the Court will dismiss it without prejudice.

An Order is issued separately.

DATE: July 23, 2019

United States District Judge